# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 23, 2013

### NO. 03-13-00497-CV

**Michael S. Turner and Turner Outdoor Advertising, LLC, Appellants**

**v.**

**Robert Krueger d/b/a Krueger Associates, Appellee**

---

**APPEAL FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
VACATED AND REMANDED ON APPELLANTS' MOTION --
OPINION BY JUSTICE GOODWIN**

---

**THIS CAUSE** having this day come on to be submitted to this Court appellants' motion to dismiss this appeal because the parties have executed a settlement agreement, and the Court having fully considered said motion, and being of the opinion that same should be granted in part: **IT IS THEREFORE** considered, adjudged and ordered that said motion is hereby granted in part, and that the judgment of the trial court is vacated without regard to the merits and the cause is remanded to the trial court for further proceedings in accordance with the settlement agreement of the parties. It is **FURTHER** ordered that the appellants shall pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.